No. 1181. ROYAL INSURANCE CO., LTD. *v.* SMITH. June 1, 1942. Petition for writ of certiorari to the Circuit Court

696

of Appeals for the Ninth Circuit denied. *Mr. Percy V. Long* for petitioner. *Messrs. A. B. Bianchi* and *James M. Hanley* for respondent.